UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIET WALTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-cv-1089 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

### O R D E R

Before the Court is the Motion Withdraw filed by Plaintiff's attorney, Thomas Henry, on July 11, 2007 [Doc. 8] and the Motion to Dismiss filed by Plaintiff, Williet Walton, pro se, on August 27, 2007 [Doc. 10]. The Motion to Withdraw is GRANTED and the Motion to Dismiss is GRANTED.

On July 13, 2007, the Motion to Withdraw was taken under advisement in order for the Motion to be served upon Plaintiff and for her to file any objections thereto. Objections were to be filed by July 30, 2007. No objection has been filed and Plaintiff has not indicated whether she will be retaining new counsel. Plaintiff subsequently filed a motion to withdraw her Complaint and appeal of the Commissioner's decision. As the motion is filed prior the to filing of a responsive pleading, the motion is construed as a Motion to Voluntarily Dismiss pursuant to Federal Rule of Civil Procedure 41(a).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to serve a copy of this Order upon Plaintiff at the address provided by Attorney Henry.

Entered this  29th  day of August, 2007

                                        s/ Joe B. McDade
                                        JOE BILLY McDADE
                                  United States District Judge